AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

UNITED BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA, et al.,

            Plaintiffs,

            v.

BUILDING AND CONSTRUCTION TRADES
DEPARTMENT, ET AL.,

            Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-109-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is hereby dismissed, the federal claims with prejudice and the state claims without prejudice, and Judgment is hereby entered in favor of Defendants. See Order entered on 12/04/12 at ECF No. 133.

December 6, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb